*NOTE CHANGES MADE BY COURT*

*JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLE DESIGN LTD., a British Virgin Islands limited company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>snaptubeofficial3,<br><br>　　　　Defendant. | Case No.: 2:22-cv-03257-JFW-PDx<br><br>**JUDGMENT** |

　　　　Plaintiff Simple Design Ltd. ("Plaintiff") sued Defendant snaptubeofficial3 ("Defendant") for intellectual property claims related to an icon design used for a video downloader mobile application. *See* Complaint (Docket No. 1). Defendant has not appeared in this case, and upon Plaintiff's motion, the clerk entered default against Defendant on October 3, 2022. *See* Docket No. 26. On November 15, 2022, the Court granted Plaintiff's Motion for Default Judgment and determined that Plaintiff was entitled to have judgment entered in its favor and against Defendant in the form of a permanent injunction to prevent Defendant from continuing its infringing activities.

Having reviewed the Complaint, records and supporting documents filed in support of Plaintiff's Motion for Default Judgment, the Court hereby orders that:

1) Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a) using the ⬇ image or any other logo, icon, or other identifying mark that is substantially similar to Plaintiff's U.S. Trademark Registration No. 6062747, or any of Plaintiff's trademarks relating to Plaintiff's mobile applications for downloading and playing videos, and remove any mobile application or other product using the ⬇ image or other substantially similar image that is not affiliated or authorized by Plaintiff to be sold or made available for download on Google Play or any other online platform;

b) committing any acts that cause consumers to believe that Defendant's mobile application(s) is/are sold and/or offered for download under the authorization, control, or supervision of Plaintiff, or is/are sponsored by, approved by, or otherwise connected with Plaintiff; and

c) further infringing Plaintiff's Registration No. 6062747, or any of Plaintiff's trademarks relating to Plaintiff's mobile applications for downloading and playing videos and damaging Plaintiff's goodwill and reputation.

2) Defendant shall, within ten (10) business days after receipt of notice of this Judgment, remove its infringing mobile applications from any online platform which Defendant's mobile applications may be available.

3) Should Defendant's infringing mobile applications remain active on any online platform after ten (10) business days following Defendant's receipt of this Judgment, and upon Plaintiff's request, any online platforms (collectively, the "Third Party Providers"), shall, within ten (10) business days after receipt of such request by Plaintiff, remove Defendant's infringing mobile applications from the Third Party Provider's respective online platform.

Entered this 18th day of November 2022.

_____
Hon. John F. Walter
District Court Judge